**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISCTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **MEGAN KWONG, Individually and** | § | |
| **On Behalf of All Others Similarly** | § | |
| **Situated, and WEI WANG** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO: 4:12-cv-03423** |
| | § | |
| **OSAKA JAPANESE RESTAURANT,** | § | **JURY DEMANDED** |
| **INC. and XUE YI LI** | § | |
| | § | |
| | § | |
| **Defendants.** | § | |

---

**STIPULATION OF DISMISSAL OF THE CLAIMS OF LIK Y. YEUNG**

---

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiff, MEGAN KWONG, Individually and On Behalf of All Others Similarly Situated, and WEI WANG ("Plaintiffs") file this Stipulation of Dismissal of the claims of Lik Y. Yeung from the above-referenced case.  Plaintiff Lik Y. Yeung, an opt-in Plaintiff, does not wish to pursue his claims in the lawsuit.  The parties, therefore, stipulate pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure that Plaintiff Lik Y. Yeung be dismissed from the lawsuit without prejudice to his right to re-file the same.

Respectfully submitted,



/s/ Alfonso Kennard Jr. _____
Alfonso Kennard, Jr.
Texas Bar No.: 24036888
Southern District Bar No: 713316
alfonso.kennard@kennardlaw.com
Lakshmi Ramakrishnan
Texas Bar No.: 24037324
Southern District Bar No.: 33872
lakshmi.ram@kennardlaw.com
5433 Westheimer Road, Suite 825
Houston, Texas 77056
(713) 742-0900 (main)
(713) 742-0951 (facsimile)
**ATTORNEYS FOR PLAINTIFFS**


/s/ Alan Y. Kwan _____
Alan Y. Kwan
Texas Bar No. 00789429
Federal I.D. No.: 23719
alankwan@akwanlaw.com
6776 Southwest Freeway, Suite 363
Houston, Texas  77074
(713) 974-1400 (main)
(713) 974-1467 (facsimile)
**ATTORNEY FOR DEFENDANTS**


## CERTIFICATE OF SERVICE

I certify that on February 26, 2014 a true and correct copy of the foregoing document was served on Counsel for Defendants via the Court's ECF system.

/s/Alfonso Kennard, Jr._____
Alfonso Kennard, Jr.