UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
ADR MEMORANDUM TO CLERK OF COURT
P.O. Box 61010
Houston, Texas 77208-1010
Fax No. (713) 250-5141

Received in Chambers

APR 1 4 2014

Melinda Harmon
United States District Judge

Megan Kwong, et al.
_____
Plaintiff(s),

DIVISION  Houston

V.

CIVIL ACTION NO. 4:12-CV-03423

Osaka Japanese Restaurant, et al.
_____
Defendant(s).

ADR METHOD:   Mediation ✓    Arbitration ____
              Mini-trial ____  Summary Jury Trial ____

TYPE OF CASE: employment - wage

1. Please check one of the following:
   The case referred to ADR settled ✓ or did not settle ____.

2. My total fee and expenses were: $ 2125.00
   (If you had no fees and expenses, please indicate if the case settled before ADR, OR if the ADR proceeding was conducted on a no-fee basis pursuant to order of the Court or agreement of the parties.)

3. Please list names, addresses and telephone numbers of all parties and all counsel of record:

Mr. Alfonso Kennard
Kennard, Blankenship + Robinson P.C.
5433 Westheimer Rd #825
Houston, TX 77056
713-742-0900
713-741-0951 fax

Mr. Alan Y. Kwan
Kwan + Associates
6876 Southwest Frwy # 363
Houston, TX 77074
713-974-1400
713-974-1467 fax

ADR Provider No. 230

Name: Alan F. Levin
Signature: _____

Date: 4-11-14

ADR-2
(Rev 01/31/01)